UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LESLIE WOOD,

                Plaintiff,

                                          No. 06-CV-157
    v.                                        (FJS/GHL)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                            OF COUNSEL

Conboy, McKay Law Firm             Lawrence D. Hasseler, Esq.
Attorney for Plaintiff
307 State Street
Carthage, NY 13619


Social Security Administration         Jennifer S. Rosa, Esq.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

**FREDERICK J. SCULLIN, JR., S.D.J.:**

## DECISION AND ORDER

      The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge George H. Lowe filed September 29, 2008, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, the Court

**ORDERS,** that the Report-Recommendation of Magistrate Judge George H. Lowe filed September 29, 2008 is **ADOPTED** in its entirety; and the Court further

**ORDERS** that this case is **REMANDED** to the Commissioner pursuant to sentence four of 41 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

**DATED: MAY 14, 2009**
         **SYRACUSE, NEW YORK**

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge