# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LESLIE WOOD**

vs.                                    CASE NUMBER: 5:06-CV-157 (FJS/GHL)

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge George H. Lowe is adopted in its entirety, this case is REMANDED to the Commissioner pursuant to sentence four of 41 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 14th day of May, 2009.

DATED: May 14, 2009

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk